

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LISA BROWN                                              CIVIL ACTION

VERSUS                                                  NUMBER: 08-83

MICHAEL J. ASTRUE,                                      SECTION: "F"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice for failure to prosecute.

New Orleans, Louisiana, this  20TH  day of  OCTOBER ,
2008.

                                    _____
                                        UNITED STATES DISTRICT JUDGE